ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 APR 2 PM2:43
KNB

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GNGH2 Inc., <br><br>Plaintiff-Relator, <br><br>v. <br><br>SW NORTH AMERICA INC., <br><br>Defendant. | Civil Action No. 3:24-CV-1123-N <br><br>**SEALED** |

## NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT AND DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4)(A), the government notifies the Court of its election to intervene in this civil action for purposes of settlement and dismissal. The government and the relator have executed a settlement agreement with the defendant, SW North America, Inc., to resolve this matter in its entirety, and a notice of dismissal is being filed along with this notice.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/   *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney
Texas Bar No. 24007419
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Fax: 817.252.5458
Andrea.Hyatt@usdoj.gov

*Attorneys for the United States*

## Certificate of Service

On April 2, 2025, I served a copy of this document on relator by (1) mailing it relator's counsel of record at the physical address listed below; and (2) emailing it to relator's counsel of record at the email address listed below:

David Abrams
Attorney at Law (NY 3051604)
PO Box 3353 Church Street Station
New York, NY 10008
dnabrams@gmail.com

/s/   *Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney